1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN (CSBN 214150)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2821
   Facsimile:  (916) 554-2900
5
   Attorneys for the United States of America
6
7
8
9              UNITED STATES DISTRICT COURT
10          FOR THE EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  LEWIS MUIR, | CASE NO. |
| 13              Plaintiff, | **NOTICE OF REMOVAL** |
| 14  v. | [28 U.S.C. § 2679, 28 U.S.C. § 1442] |
| 15  UC DAVIS; ELIZABETH DAVID, M.D.; PAUL PERVY, M.D.; MEGAN DALY, M.D.; | |
| 16  and DOES 1-100; | |
| 17              Defendants. | |
| 18 | |

19
20      TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS
21  OF RECORD:
22      PLEASE TAKE NOTICE that the above-captioned case is hereby removed from California
23  Superior Court for the County of Sacramento pursuant to 28 U.S.C. § 2679 and 28 U.S.C. § 1442.
24      1.   Elizabeth David, M.D. is listed as a defendant in an action entitled *Muir v. UC Davis,*
25  *et al.*, Case No. 34-2014-00168764, pending in California Superior Court for the County of
26  Sacramento.
27      2.   A copy of the state court complaint is attached hereto as Exhibit A.
28

NOTICE OF REMOVAL            1

3. In the complaint, plaintiff alleges, *inter alia*, that Dr. David committed medical malpractice.

4. At the time of the events giving rise to the complaint, Dr. David was assigned to the 60th Medical Group, Travis Air Force Base, California, where she worked as a cardiothoracic surgeon and was assigned to perform surgical procedures at U.C. Davis as part of her official duties by the Air Force pursuant to a Training and Affiliation Agreement ("TAA") between the 60th Medical Group, Travis Air Force Base and the Regents of the University of California on behalf of U.C. Davis Health System.

5. At the time of the events giving rise to the complaint, Dr. David was a military member acting within the scope of her federal employment.

6. Under the Federal Tort Claims Act, federal district courts have exclusive jurisdiction over claims against the federal government arising out of torts committed by federal employees acting within the scope of their federal employment. *See* 28 U.S.C. § 1346(b)(1); 2671-79; *FDIC v. Craft*, 157 F.3d 697, 706 (9th Cir. 1998). The only proper defendant in such an action is the United States as provided by 28 U.S.C. § 1346(b), not Dr. David.

7. This action is one which may be removed pursuant to 28 U.S.C. § 2679 and 28 U.S.C. § 1442.

8. Under 28 U.S.C. § 2679(d)(2), an action may be removed "at any time before trial." *See McLaurin v. United States*, 392 F.3d 774, 779 (5th Cir. 2004); *Sullivan v. United States*, 21 F.3d 198, 205-06 (7th Cir. 1994). No trial has yet been had in state court.

9. A copy of this notice will promptly be served on all parties and will be filed with the Clerk of the Superior Court for the County of Sacramento.

WHEREFORE, this action is hereby removed to this Court.

//
//
//
//

NOTICE OF REMOVAL                              2

1
2    Dated:  November 19, 2014
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

3

4

That on **November 19, 2014**, she served a copy of:

5

**NOTICE OF REMOVAL**

6

7

by placing said copy in an envelope addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail box in Sacramento, California.

8

9

**Attorneys for Plaintiff:**
Charles D. Caraway

10

THE CARAWAY LAW FIRM
980 9TH Street, 16th Floor

11

Sacramento, CA  95814

12

13

14

            */s/ Karen James*
              KAREN JAMES

15

16

17

18

19

20

21

22

23

24

25

26

27

28