```
Charles D. Caraway/SBN: 289360
THE CARAWAY LAW FIRM
980 9TH Street, 16th Floor
Sacramento, CA 95814
Tel: (916) 449-9551
ccaraway@thecarawaylawfirm.com
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LEWIS MUIR,<br><br>Plaintiff,<br><br>vs.<br><br>UC DAVIS; ELIZABETH DAVID M.D.; PAUL PERYY, M.D.; MEGAN DALY, M.D.; and DOES 1-100.<br><br>Defendants. | Case No.: 2:14-CV-02716-MCE-CKD<br><br>**STIPULATION TO DISMISS DEFENDANTS THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S, PAUL PERVY, M.D.'S AND MEGAN DALY, M.D.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

   PLEASE TAKE NOTICE that, the parties herein, by and through their respective attorneys, agree and stipulate to immediately dismiss Defendants The Regents of the University of California, Paul Pervy, M.D.'s and Megan Daly, M.D.'s Motion to Dismiss Plaintiff's Complaint.

   WHEREAS this case involves multiple parties, the death of the original Plaintiff, and the recent discovery that the United States of America is a party; the parties have had difficulty in meeting and conferring with regard to amending the Complaint to include Plaintiff's estate in place of Plaintiff John Muir subsequent to his death. As such, Defendants original extension on filing a responsive pleading was about to lapse prior to an agreement amongst parties on how they were to proceed in this matter. Thus, Defendants filed the aforementioned dispositive motion as a responsive pleading to Plaintiff's complaint, addressing the need for an Amended Complaint. Plaintiff's counsel is in agreement with Defendants that the original complaint requires an amendment, and thus parties stipulate to the following:

1  IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES, THROUGH THEIR COUNSEL, AS FOLLOWS:

That Plaintiff file an Amended Complaint substituting Plaintiff John Muir, with his estate or successor in interest. The Amended Complaint is to be filed no later than January 16, 2015. In consideration for the filing of this Amended Complaint, Defendants The Regents of the University of California, Paul Pervy, M.D.'s and Megan Daly, M.D.'s will immediately dismiss their pending Motion to Dismiss Plaintiff's Complaint.

It is so stipulated.

Dated: 12/18/2014              WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By:   /s/ BIANCA S. WATTS
      BIANCA S. WATTS
      Attorney for Defendants The Regents of the
      University of California, Paul Pervy, M.D. and
      Megan Daly, M.D.

Dated: 12/18/2014              THE CARAWAY LAW FIRM

By:   /s/ CHARLES D. CARAWAY
      CHARLES D. CARAWAY
      Attorney for Plaintiffs

**ORDER**

Having reviewed the stipulation, signed by all parties, IT IS ORDERED THAT the Motion to Dismiss Plaintiff's Complaint in this matter (ECF No. 5) previously calendared to be heard by the Honorable Morrison C. England, Jr. on January 8, 2015 at 2:00 p.m. in Courtroom 7, is DENIED as moot and the hearing is VACATED. It is also ordered that Plaintiff file an amended Complaint substituting the estate or successors in in interest of Plaintiff John Muir on or before January 16, 2015.

IT IS SO ORDERED.

Dated: January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT