BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS MUIR,<br><br>            Plaintiff,<br><br>v.<br><br>UC DAVIS; PAUL PERVY, M.D.; MEGAN DALY, M.D.; UNITED STATES OF AMERICA; and DOES 1-100;<br><br>            Defendants. | CASE NO. 2:14-cv-2716-MCE-CKD<br><br>**STIPULATION REGARDING PLAINTIFF'S CLAIMS AGAINST THE UNITED STATES; AND ORDER** |

   Plaintiff, by and through his attorney of record, and the United States, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

   (1) Plaintiff will file an Amended Complaint no later than January 16, 2015, substituting Plaintiff's estate and/or successors in interest for the deceased Plaintiff Lewis Muir.

   (2) Plaintiff's estate and/or successors will then dismiss its claims against the United States without prejudice in light of the fact that neither Plaintiff nor Plaintiff's estate and/or successors has exhausted an administrative tort claim with the appropriate agency pursuant to the Federal Tort Claims Act. Plaintiff's estate and/or successors will file a notice of voluntary dismissal of its claims against the United States without prejudice no later than January 23, 2015.

(3) The parties agree to vacate the January 8, 2015 hearing on the United States' Motion to Dismiss.

Respectfully submitted,

DATED: January 5, 2015  BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney

DATED: December 29, 2014  */s/ Charles D. Caraway*
CHARLES D. CARAWAY
THE CARAWAY LAW FIRM

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Motion to Dismiss (ECF No. 8) is DENIED as moot, and the January 8, 2015, hearing on that Motion is VACATED.

Dated: January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2