PAUL Q. GOYETTE (SBN 137250)
CHARLES D. CARAWAY (SBN 289360)
**GOYETTE & ASSOCIATES, INC.**
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Telephone:	(916) 851-1900
Facsimile:	(916) 851-1995
charles@goyette-assoc.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAURA KAVALAUSKAS AS EXECUTOR AND TRUSTEE OF THE LEWIS W. MUIR REVOCABLE TRUST; ET AL.,<br><br>Plaintiffs.<br><br>vs.<br><br>UC DAVIS MEDICAL CENTER; ET AL.<br><br>Defendants. | Case No.: 2:14-CV-02716-MCE-CKD<br><br>*AMENDED* ORDER ON PLAINTIFFS' VOLUNTARY DISMISSAL OF THEIR CLAIMS AGAINST THE UNITED STATES WITHOUT PREJUDICE AND THEIR CLAIMS AGAINST ELIZABETH DAVID WITH PREJUDICE  [Rule 41(a)(1)A] |

The Motion to Dismiss Defendants the United States of America without prejudice, and Elizabeth David, M.D. with prejudice pursuant to the currently ongoing Federal Tort Claim is hereby GRANTED.

**IT IS SO ORDERED.**

**Dated:  February 6, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1