1 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
RONALD R. LAMB (SBN 99396)
2 | rlamb@wilkefleury.com
BIANCA S. WATTS (SBN 278231)
3 | bwatts@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
4 | Sacramento, California 95814

5 | Telephone:   (916) 441-2430
  | Facsimile:    (916) 442-6664

Attorneys for The Regents of the University of California, sued and served as UC Davis Medical Center

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAURA KAVALAUSKAS AS EXECUTOR AND TRUSTEE OF THE LEWIS W. MUIR REVOCABLE TRUST; AND LAURA KAVALAUSKAS, LOREN D. MUIR, HALLIE CORDES, AND LEWIS B. MUIR AS SUCCESSOR-IN-INTEREST OF DECEDENT LEWIS W. MUIR,<br><br>Plaintiffs,<br><br>v.<br><br>UC DAVIS MEDICAL CENTER; ELIZABETH DAVID, M.D.; PAUL PERYY, M.D.; MEGAN DALY, M.D.; THE UNITED STATES OF AMERICA; and DOES 1-100,<br><br>Defendants. | Case No. 2:14-CV-02716-MCE-CKD<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF MEGAN DALEY, M.D. AND PAUL PERRY, M.D.**<br><br>Judge:   Hon. Morrison C. England, Jr.<br><br>First Amended Complaint Filed: 1/15/15 |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Laura Kavalauskas as Executor and Trustee of the Lewis W. Muir Revocable Trust, Laura Kavalauskas, Loren D. Muir, Hallie Cordes, and Lewis B. Muir as Successor-In-Interest of Decedent Lewis W. Muir ("Plaintiffs") have named Defendants Paul Perry, M.D. and Megan Daley, M.D. as party defendants in the initial Complaint filed by Lewis B. Muir in action No. 2:14-CV-02716-MCE-CKD, and in the First

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW

-1-

STIPULATION FOR VOLUNTARY DISMISSAL OF MEGAN DALY, M.D. AND PAUL PERRY, M.D.

1  Amended Complaint filed herein on January 15, 2015.  Plaintiffs have decided to no longer pursue
2  any claims against Defendants Paul Perry, M.D. and Megan Daley, M.D.
3         In return for that voluntary dismissal, Defendants Paul Perry, M.D. and Megan Daley, M.D.
4  have agreed to waive any claims for costs or fees they may otherwise have against Plaintiffs.
5         Given the foregoing, and good cause appearing, the parties hereby agree that Defendants Paul
6  Perry, M.D. and Megan Daley, M.D. should, and hereby are, dismissed from this action, without
7  prejudice.
8         IT IS SO STIPULATED:

                                    THE CARAWAY LAW FIRM


                                    By:     /s/ Charles D. Caraway
                                            CHARLES D. CARAWAY
                                            Attorneys for Plaintiffs


                                    WILKE, FLEURY, HOFFELT,
                                    GOULD & BIRNEY, LLP



                                    By:     /s/ Ronald R. Lamb
                                            RONALD R. LAMB
                                            Attorneys for Defendants

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

-2-
STIPULATION FOR VOLUNTARY DISMISSAL OF MEGAN DALY, M.D. AND PAUL PERRY, M.D.

### ORDER OF DISMISSAL

Based upon the foregoing Stipulation of the parties and good cause appearing, it is hereby ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2) Defendants Paul Perry, M.D. and Megan Daly, M.D. are hereby DISMISSED, without prejudice, from this action.

IT IS SO ORDERED.

Dated:  May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Wilke, Fleury,
Hoffelt, Gould &
Birney, LLP
Attorneys at Law

-3-

STIPULATION FOR VOLUNTARY DISMISSAL OF MEGAN DALY, M.D. AND PAUL PERRY, M.D.