PAUL Q. GOYETTE (SBN 137250)
CHARLES D. CARAWAY (SBN 289360)
GOYETTE & ASSOCIATES, INC.
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Telephone:  (916) 851-1900
Facsimile:  (916) 851-1995
charles@goyette-assoc.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAURA KAVALAUSKAS AS EXECUTOR AND TRUSTEE OF THE LEWIS W. MUIR REVOCABLE TRUST; AND, LAURA KAVALAUSKAS, LOREN D. MUIR, HALLIE CORDES, AND LEWIS B. MUIR AS SUCCESSOR-IN INTEREST OF DECEDENT LEWIS W. MUIR,<br><br>Plaintiffs.<br><br>vs.<br><br>UC DAVIS MEDICAL CENTER; ELIZABETH DAVID M.D.; PAUL PERRY, M.D.; MEGAN DALY, M.D.; and DOES 1-100.<br><br>Defendants. | Case No.: 2:14-CV-02716-MCE-CKD<br><br>**ORDER RE STIPULATION TO WITHDRAW SECOND AMENDED COMPLAINT** |

///
///
///
///
///
///
///

1

1  Pursuant to the parties' signed stipulation (ECF No. 27) and good cause appearing,
2 Plaintiffs' Second Amended Complaint (ECF No. 25) is hereby STRICKEN.  The operative
3 complaint in this action is Plaintiff's First Amended Complaint (ECF No. 15).  The pending
4 Motion to Dismiss the Second Amended Complaint (ECF No. 26) is DENIED as moot, and the
5 hearing scheduled for October 1, 2015 is VACATED.  Defendants United States and Elizabeth
6 Davis are DISMISSED from this action.

7  IT IS SO ORDERED.

8 Dated:  August 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT