CHARLES D. CARAWAY (SBN 289360)
GOYETTE & ASSOCIATES, INC.
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Telephone: (916) 851-1900
Facsimile: (916) 851-1995
charles@goyette-assoc.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAURA KAVALAUSKAS AS EXECUTOR AND TRUSTEE OF THE LEWIS W. MUIR REVOCABLE TRUST; AND, LAURA KAVALAUSKAS, LOREN D. MUIR, HALLIE CORDES, AND LEWIS B. MUIR AS SUCCESSOR-IN INTEREST OF DECEDENT LEWIS W. MUIR,<br><br>Plaintiffs,<br><br>vs.<br><br>U.C. DAVfS MEDICAL CENTER, ET AL.,<br><br>Defendants. | Case No.: 2:14-cv-02716-MCE-CKD<br><br>STIPULATION FOR VOLUNTARY DISMISSAL OF CONSOLIDATED ACTIONS; ORDER THEREON |
| LAURA KA VALAUSKAS, AS EXECUTOR AND TRUSTEE OF THE LE\VIS W. MUIR REVOCABLE TRUST; LAURA KAVALAUSKAS: LOREN D. MUIR; HALLIE CORDES; AND LEWIS B. MUIR AS SUCCESSOR-IN INTEREST OF DECEDENT LEWIS W. MUIR,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.2: 15-cv-01655 -MCE-CKD |

Pursuant to Federal Rules of Civil Procedure 41 (a)(2), Plaintiffs Laura Kavalauskas as Executor and Trustee of the Lewis W. Muir Revocable Trust, Laura Kavalauskas, Loren D. Muir, Hallie Cordes, and Lewis B. Muir as Successor-In-Interest of Decedent Lewis W. Muir ("Plaintiffs") have named Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA sued herein as U.C. DAVIS MEDICAL CENTER as a party defendant in the Complaint filed in action No. 2:14-CV-02716 MCE CKD, and in the First Amended Complaint filed herein on January 15. 2015, and have named Defendant UNITED STATES OF AMERICA as a party defendant in the Complaint filed by the same plaintiffs in action No. 2:15-CV-01655-MCE-DAD. These matters have now settled.

In return for that voluntary dismissal. Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA sued herein as U.C. DAVIS MEDICAL CENTER and UNITED STATES OF AMERICA have agreed to waive any claims for costs or fees they may otherwise have against Plaintiffs. Additionally, Plaintiffs agree to indemnify and hold harmless Defendants for any and all lien claims arising out of this matter, including but not limited to the CMS lien.

Given the foregoing, and good cause appearing, the parties hereby agree that Defendants the REGENTS OF THE UNIVERSITY OF CALIFORNIA sued herein as U.C. DAVIS MEDICAL CENTER and UNITED STATES OF AMERICAN should, and hereby are, dismissed from these consolidated actions, without prejudice.

IT IS SO STIPULATED:

DATED:   12/12  , 2016    GOYETTE & ASSOCIATES, INC.

                          By:   //Charles D. Caraway
                                CHALRES D. CARAWAY
                                Attorneys for Plaintiffs

DATED:   1/25  , 2017     WILKE, FLEURY, HOFFELT,
                          GOULD & BIRNEY, LLP

                          By:   //Ronald R. Lamb
                                RONALD R. LAMB
                          Attorneys for The Regents of the University of
                          California, sued and served as UC Davis Medical
                                       Center

**ORDER OF DISMISSAL**

Based on the foregoing Stipulation of the parties and good cause appearing, it is hereby ordered that pursuant to FRCP 41(a)(2) defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA sued herein as U.C. DAVIS MEDICAL CENTER and UNITED STATES OF AMERICA are hereby dismissed, without prejudice, from Action No. 2:14-CV)-02716-MCE-CKD and 2:15-CV-01655-MCE-CKD.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  January 26, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE